## (March 13, 1975)

SULLIVAN COUNTY HARNESS RACING ASSOCIATION, INC., Appellant v. CITY OF SCHENECTADY OFF-TRACK BETTING COMMISSION, Defendant, and NEW YORK STATE RACING AND WAGERING BOARD, Respondent. Judgment, Supreme Court, Sullivan County, entered on December 17, 1973, affirmed, without costs, upon the opinion of Mahoney, J., at Special Term. Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur. [76 Misc 2d 558.]

In the Matter of JOHN W. GRANHOLM, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.— Motion denied, without costs. (See U. S. Code, tit. 50, § 521; *Military Law*, § 304.) Appeal dismissed, without costs, unless appellant shall, on or before June 30, 1975, file and serve brief for the term commencing August 18, 1975, in which event motion denied.